IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ORLANDO BAEZ, CB-3721 | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| DEPARTMENT OF CORRECTIONS, | : | |
| S.C.I. GREENE COUNTY PRISON, | : | |
| STANLEY FALOR, DIANE MANSON, | : | |
| JOHN MCANANY, M.S. REESE, | : | |
| SHIRLEY HICKMAN, MICHELLE | : | |
| DIGGS, NANCY ZIEGLER, UNBANTI | : | |
| TALABI, LOUIS FOLINO, DIANE | : | |
| THOMAS, DAN DAVIS, SHARON | : | |
| BURKS, CLIFFORD O'HARA, | : | |
| DONALD VAUGHN, JEFFERY BEARD, | : | |
| BRENDA MARTIN, BYUNCHAK JIN, | : | |
| DEBRA GRESS, MARY BALESTRIERI, | : | |
| TAMMY HOOKER, ROBERT DIETZ, | : | |
| KRISTIN KERSING, THOMAS JAMES, | : | |
| MAJORIE J. FOX, FRANCIS SUPPOK, | : | |
| S.C.I. GRATERFORD PRISON, FELIPE | : | |
| ARIAS, KOSERIOWSKI, EAKIN, | : | |
| CUSICK, STEFANIC, MYRON | : | |
| STANSHEFSKI, JULIE KNAUER, | : | |
| WENDY MOYER, THOMAS | : | |
| STACHELEK, J. MURRY, GARY | : | |
| OLINGER, CHERIAN JOSEPH, | : | |
| RICHARD VOTYKO, HARMON CRUP, | : | |
| FRANK MASINO, DAVID | : | |
| DIGUGLIELMO, JAMES OPALKA, J. | : | |
| BAKER | : | 2:06-CV-04923 |

**ORDER**

AND NOW, this 4th day of May, 2009, for the reasons set forth in the court's Memorandum of May 4th, 2009, it is **ORDERED** that plaintiff Orlando Baez' Motion for an Immediate Injunction (paper no. 61) is **DENIED**.

/s/ Norma L. Shapiro
Norma L. Shapiro, J.