IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ORLANDO BAEZ | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PRISON HEALTH SERVICES, INC., | : | No. 06-4923 |
| JEFFREY BEARD, SEC'Y, PENNSYLVANIA | : | |
| DEPT. OF CORRECTIONS, DAVID | : | |
| DIGUGLIELMO, SUPT., SCI GRATERFORD, | : | |
| JULIE KNAUER, DR. FELIPE ARIAS, DR. | : | |
| KOSERIOWSKI, DR. STEFANIC, and DR. | : | |
| EAKIN. | : | |

**ORDER**

AND NOW, this 27th day of August, 2009, for the reasons stated in the court's memorandum of this same date, it is **ORDERED** that plaintiff's Motion for Reconsideration (paper no. 110) of the court's prior orders granting counsel's petition to withdraw and transferring the action against defendants at SCI-Greene to the Western District of Pennsylvania is **DENIED**.

/s/ Norma L. Shapiro
Norma L. Shapiro, J.