IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ORLANDO BAEZ** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **PRISON HEALTH SERVICES, INC., et al.** | : | **No. 06-4923** |

# ORDER

AND NOW, this $22^d$ day of July, 2013, upon consideration of plaintiff's motion for a new trial, defendant PHS's motion for judgment as a matter of law, and all responses thereto, for the reasons set forth in the accompanying memorandum it is **ORDERED** that:

1. Plaintiff's motion for a new trial (papers no. 227 and 228) is **DENIED**.

2. Defendant PHS's motion for judgment as a matter of law (paper no. 224) is **DENIED.**

                                                  /s/ Norma L. Shapiro

                                                                         J.